3090299, Matter of the Application of the County Treasurer and First Midwest Bank. Acknowledged by Mark Sherman v. Vista Securities, Inc. and believed by Mark Morflin. Mr. Sherman? Thank you. Good morning. I'm Mark Sherman. I'm the captain, petitioner, appellant, counsel. It's a pleasure to be here. Thank you very much for the opportunity. When a client comes to the office, they are a banker, and they advise that as of February of 2008, they have, at that time, had actual notice of a tax deed proceeding on the property in which they have a mortgage. How did that notice occur? That's an interesting question. I believe that the notice occurred because someone at that clerical branch where a certified mail started Certified mail occurred in November of 2007. That was sent far earlier, yes, in November of 2007. And sometime around February of 2008, that finally makes its way to the office of the bank. If the petition doesn't spell out how it happened in February of 2008, that they receive what they call, or you call, actual notice. To be very frank with you, Your Honor, first of all, I can tell you that I don't know who is the person who took that notice. I don't know if that was also in conjunction with having seen any information from the mortgagor. I don't know whether or not that was in connection with the fact that the mortgagor discussion about the property being Let's assume they got notice, and I know I'm interrupting, but that notice in February of 2008? Yes. Nothing was done on that for, what, six or nine months? The bank starts to investigate to try to determine what has happened, what has gone on, and what its rights are with regard to the tax deed that has been entered. What is the opportunity of a bank, mortgage company, of any litigant who has now gone beyond 30 days after the entry of an order? And so, of course, they communicate with counsel, and the opportunity is laid before them. There's only a 2-1401 chance to attack that deed, to deal with that issue. And it took six months to do that. Do you think that due diligence has come about? Well, in this instance, there were a variety of reasons. First of all, the bank had to conduct its own investigation into whether and to what extent those notifications were received. By whom were they received? Why were they not? Why weren't they transmitted? And what other issues that bear on the 21401 matter? And specifically, the only 2245 issues that really focused on this was the fraud or deception issue. The question is, you have a banking organization that needs to reach out and make a determination. Is this an issue that we should and have to go forward on? Maybe this is one that we have to abandon. Maybe it's a situation where value of the property, the borrower's circumstances, and so forth, and maybe we screwed up. Maybe there was some issue that's ours. Then we have to get to the right person. We have to communicate with counsel. We have to prepare a 21401 petition. The issue of diligence, pre-judgment diligence and post-judgment diligence, are without doubt a matter that the trial court below would deal with if the court had heard on its merits the question of the 21401 petition. We didn't get that. I interrupted your train of thought. That's okay. Thank you very much. So counsel begins to investigate, asks the questions and so forth, and insists that information be gathered. And slowly a file develops. Slowly you see what has taken place at the court below during the initial proceeding. You find a take notice that was done in March of 2005 that doesn't comply with 2235 of the code because the common address is not in there. In which states that on one part that the redemption period expires June 11, 2007, and then later on another paragraph later says it's not redeemed before January of 2005. Do you think that's a typographical? I don't know. I don't know because we didn't have an opportunity to get to that part of our case. I do know that there were subsequent efforts to assert take notices, and I know that several issues become important. First of all, with regard to the approach of the taxi file, we start reviewing the file and making an understanding of what were the 2210 notices that were sent out and where was service attempted. And we know, record at C-62, that when they purport to serve occupants, the taxi purchaser does not, tax certificate purchaser, does not serve at 539-541 Merton Street. They know that this is a duplex. They know this is a multifamily property. They know, and this service is directed only to the current occupant at 539 Merton Street. And there is a reference on the bottom which becomes important later because it ties into the 619 motion. So I'm going to reference it now and then move back for a second in a moment. Houses for rent, somebody writes in, presumably the sheriff, and is vacant. No reference to what's happening at 541 Merton. No reference to whether or not the entire house is up for rent. No reference whether efforts were made to try to find an occupant and serve an occupant at 539 and 541. But tax certificate purchaser knows and has the opportunity to try to make that determination. Now later, because I'm going to fast forward a second, and it's important, these are the facts that we allege in the complaint under the 1401 case and ask the court to take up and let us get involved with the discovery and have an answer from this tax deed recipient. Later on, when they have the order of possession, after they've had the deed, and now it's July of 2008, pardon me, June of 2008, that service references 539 and 541 Merton Street. And interestingly enough, sheriff posts for the eviction at two locations, not one. Can I ask you to rewind? I know we fast forwarded. Can you rewind to the affidavit in support of the application for tax deed that was filed with the court? I think that's important as well. Because C147 and 148, paragraph 9, the affid, who completed the affidavit, says that the sheriff served written notice on each of the persons listed below by handing, handling is what they say, but I think they mean handing, the same to and leaving the same with him. And then called her out. Is there anything in this record to support the view that that statement that the occupant was personally served by handing to him, to support the truthfulness of that statement in the affidavit? No, Your Honor, and that's why it becomes even more delicate, if I can say it in that way, all right? Because here I am as counsel in the court below, and I'm trying to make sure that I am developing a case. Now, I don't have a record in the sense that I don't have the recorded, the transcript of the proceedings. So I know that there are certain things which I can presume and factually allege, in good faith, that the tax deed petitioner's counsel has made representations to the court. I hope, I'm a multifamily resident, I hope that the things that are set forth in this affidavit. And I look at this, and then on the motion to strike, on their 2619 motion to strike my 21401 petition, there's no affidavit. I look at that motion and I say to myself, what is it that this same party says to the court? In paragraph 8, record page C-176, that first, with regard to count 1, petitioner alleges that we failed to serve the occupant. But they don't say, we in fact did serve the occupant, or we in fact made efforts to serve the occupant, or we told the sheriff to go to both locations. Paragraph 9, same page, that the petitioner, first and foremost, does not have standing to file a petition to vacate based upon alleged failure to serve the occupant, etc. Avoiding the issue. You avoid the issue when you can't meet the issue. You avoid the issue when you don't want to get to it in discovery, ultimately. And what is your standing, what's your standing to do that? Your Honor, we believe, we're not the occupant, obviously. But to the extent that the 214-1 petition, using 2245 section 3, we need to demonstrate in order to attack the deed, the order granting the issuance of the deed, based upon fraud or deception. We believe that this, in its entirety, shows a pattern of false statements, a pattern of deception upon the court. Was the court told, in fact, that efforts to serve earlier were not in fact made at 541 Merkins, and there is no affirmative affidavit from the sheriff? Was the court advised that there wasn't, in fact, and I'm moving a little bit ahead of you, that there wasn't in fact a publication notice that identified that? If I can, for a moment, point to that same affidavit, which is, it starts in C-175. It's not an affidavit, it's a motion to strike. But it is attested to by counsel's client. It attests to a copy of the publication certification. But nowhere in there does it reference 539-541 Merkins, from which someone who was an occupant might have been able to discern that this is the property that is the subject of this notice. More importantly, it references Dan O'Sullivan, current occupant, comma, current occupant, comma, and then goes on to list. Not current occupant at 539 Merkins, current occupant at 541 Merkins, and so forth. Again, your standing comes from what? So the question that I didn't mean to avoid, but moving back to answer that directly, we believe that the court can and should take up the issue of whether or not servants upon an occupant or any other person with a recorded interest or an interest in the property, if it was not properly made, and if that, in connection with the other issues that we've pointed out, demonstrate for purposes of 2245-3 that there has been fraud or deception upon the court. It goes to the issue of whether or not the court should have entered an order ranking the issuance of a deed, and whether or not, as part of all of the conduct, But your mortgage being essentially voided by the order, the ultimate order. Well, my mortgage being voided, I'm harmed. I believe that what the question was, was do I have standing to stand in the shoes of that occupant? Well, I'm standing in the shoes of the occupant to the extent I'm saying, wait a second, there wasn't service, there wasn't notice, but I'm here before the court. The bank is here before the court because we have an injury in fact. We had a mortgage, a recorded interest in the property. There may be questions that a court ultimately will have to reach as to whether or not service upon us was appropriate. Were we diligent? Those issues that you raised initially. But on the 2619 motion, I think it was wholly inappropriate for the trial court to knock this out and not get to a trial on the merits to determine whether or not there was in fact fraud or deception by this tax deed purchaser before the court in the issue of obtaining the deed. Help me, why would any interested party have standing to point out a fraud upon the court? I think... Because your interest is in fact greater than an occupant's. Oh, it absolutely is. I cannot point you to a case that's out of point on the issue. I believe that the tax, first of all, several things come together that demonstrate that this is what the intent of the legislature is. Number one, we're told specifically that with regard to matters of service and so forth, alright, that the issue for the court under 2240, the property code, the court shall insist on strict compliance with 2210 and 2225. We know that the property tax code set up by the legislature has constructed a scheme so that people can have an opportunity to have notice prior to being dispossessed of the property. We know that the tax code has been set up so that 2245.3, being an integral part, and I'm saying you can only limit a tax on a tax deed or granting deeds to certain specific circumstances, that the intent of the legislature is to say we need for interested parties who have been harmed, who have an injury, to be able to come before the court to identify the source of those injuries. I don't know and have never had a case where an individual who had proper service, no questions at all that they were there, had an opportunity to be there before the court, and comes in on a 1401 action and says yes, but he wasn't served. Now, take it one step more removed. He isn't even before the court perhaps. Maybe that person didn't even come before the court. It's my 1401 action. I have been served. Can I do that? I don't know. But I'm not here asking for that really. I'm not here asking this court to expand in any way the rights of an individual or a corporation to do that. I'm here to tell you that when a party makes representations to a court about service, when a party has elected to serve a banking corporation who does not have a presence in the county in which the property at issue is located, but has a presence outside, in some ways the same as a foreign corporation outside the state, but we know two things. We know that the corporation has banking branches, banking institutions where business is done, located in counties closer than Gurnee in Lake County, Illinois, where a clerical office is used, and then comes before the court later and says, yeah, but that was where it says, after reporting, return it to this address. But do they tell you that that's the address, that I tasked as a home address on the face of this mortgage, on the face of the assignment of rents, the documents they claim to have looked at said that Nicklaus Bank, the person with this bank's address is located at 300 Park Boulevard, 3400 Tasker. If the tax team petition wanted to serve notice, reasonably calculated to do what it is supposed to accomplish under the code, to give notice to a party of interest who may have a significant right on it, they go to the location of registered agent or that corporate office or that headquarters. I'm out of time. Does anybody have any further questions? I guess not Mr. Chairman. Thank you. Mr. Martland. Thank you, Your Honor. Good afternoon. May it please the court, Mr. Sherman. First, I'd like to extend my sympathies for back-to-back real estate taxation cases. Again, I know it's not the most exciting subject. I thought that was the last time you were here and I thought that was a pretty interesting case. Well, you make it very exciting, I'll tell you. Oh, yeah. The first issue I'd like to raise is standing. What in reality has been happening is these tax deed purchasers have been reporting deeds. Banks have been dropping the ball, whether it be that they were escrowing the banks for insurance or they weren't monitoring the payment of taxes on properties to which they have a mortgage. Then a tax deed is recorded. There are law firms that are out there that are advertising that they're experts in the area of vacating tax deeds. So what do they do? The bank goes to one or more of these firms. What does that firm do? Files a 14-cent warrant. Well, there's also law firms that are experts in the area of getting taxed as well. True. Can't argue with that. But the reason I raise the standing issue and believe that it's so important is because what happens is in these 1401 petitions, they throw everything against the wall, everything, in hopes that something will stick and that deed will be vacated. I believe, I truly believe, and again, unfortunately, this is Northland on the law and nobody's bought the book yet, that they're bootstrapping their claim onto other claims. Like in this case, an occupant didn't get served or no take notice was issued for an alleged second occupant, although the sheriff in the record said there was none, that the one half of the duplex was empty. Well, then how can the affidavit attached to the application for tax deed allege that the sheriff personally handed it to the occupant? Well, although that issue was not raised in the trial court, in fact, my recollection of the arguments and the transcript and common law record was that the application or any deficiencies in the application was never raised at the trial court. But I will answer that question, and it should say, but it doesn't, unfortunately, and I need to talk to my client because this same issue came up in this court five or six years ago. My client's obligation is to deliver those take notices along with sufficient postage and envelopes and the certified mailing forms to the sheriff. And that section of the application should say that, or the affidavit should say that Affiant caused the sheriff of whatever county to serve or attempt to serve the take notices on the following individuals. No, it doesn't. And it doesn't identify the occupant by name. It just says occupant. Correct. We don't have to identify. There's no word that says we have to identify. If there's more than one occupant, shouldn't it say occupant? Correct. But it says occupant. Yes. But you forget, the affidavit does point out that my client did an inspection of the premises as he is required under the property tax code three to five months prior to the expiration of the period of redemption. How can you sign this affidavit without seeing the S behind occupant? Well, was there a second occupant in the property? We have heard, we have seen a conclusory 1401 petition that says there were two occupants in the property. We have heard arguments and we have heard briefs that say there are two occupants in the property. Yet, I can tell you there was only one. Or you can look at the sheriff's return. In my recollection, the sheriff's return in the common law record says one occupant was active. That means we only have one occupant. Not two. The affidavit doesn't reflect that. And my difficulty is when does cumulative careless error arise to the level of fraud? I don't think it ever does. Error is a neglectful error. A Scribner's error will always be that no matter how many of them you find. Fraud is an intentional act to deceive one or more individuals. So does three or four Scribner's errors automatically rise to the level of fraud? I would suggest not. The case that I argued in this court dealing with that very issue. And you consider the error that I pointed out in the affidavit to be a Scribner's error? Yes. Absolutely. Who's preparing the affidavit? My client. Is he an attorney? No. Back to the standing issue. I think that what needs to be required of these 1401 petitioners and 22-45 petitioners is the issues have to be tailored. In this particular case, Bank files a 1401 petition. I think that they are limited to claiming, one, that the notice provisions of the statute are unconstitutional. Two, that service was fraudulent upon them as set forth in 22-45-3. But when we start throwing in that occupants didn't get served, that the 22-5 notice that my client calls the county clerk to issue four and a half months after the tax sale has an incorrect date, which now I'm going to move into that, that notice is 100% correct. And in the trial court, again, the bank argued that the notice was fatally defective, that it had two different redemption dates in it. It doesn't have two different redemption dates in it, and I argued that it was a Scribner's error. But in reality, if you look at 22-5 and 22-10, 22-5 deals with the county clerk's notice. Tax purchaser delivers the take notice within four and a half months after the tax sale. County clerk mails it out to the assessee of record. In this case, it was Dan Sullivan. That notice on 22-5, the relevant language is, this notice is also to advise you that a petition will be filed for tax deed, should say comma, but the statute doesn't have a comma, which will transfer title and right to possession of this property if redemption is not made, again, should say comma, but the statute doesn't say comma, on or before January 11, 2007. Well, if you take that and take out certain language, it says, this notice is also to advise you that a petition will be filed for tax deed on or before January 11, 2007. That statute requires that the tax purchaser notify the assessee of record, one, when the redemption period will expire unless extended, and two, you move down to that next paragraph, when will that tax purchaser file a tax deed? You move to 22-10, which is the notice that the sheriff and the circuit clerk has to send out, doesn't have that second data of when you're going to file a petition for tax deed. It just says in the paragraph that a petition for tax deed has been filed. The date of filing is up in the right-hand corner of the 22-10 notice. And it just repeats when the period of redemption expires. So, although my fault, my mistake, I didn't argue this in the trial court, I just argued Scribner's error, and there are cases that say that Scribner's error doesn't rise to the level of fraud. In reality, there is no error. That notice is 100% correct. So again, talking about the cumulative Scribner's errors, there is not one in that situation. Now, the crux, I think, of the bank's argument is that service on its clerical, they called it, satellite branch office in Gurnee, Illinois, was inappropriate. You look at the front of that mortgage, which is attached to the 1401 petition, it says, document prepared by First Midwest Bank, so-and-so address, Gurnee, Illinois. Left side, after recording, please return to First Midwest Bank, PO Box, so-and-so, Gurnee, Illinois. Up in the upper left-hand corner, there is an ITASCA address. Well, my client mailed or calls the sheriff of Kankakee County to mail a take notice to the Gurnee address. Also, I believe, if my memory serves me, went to the circuit clerk's office, calls the circuit clerk, as is required by statute, to serve a take notice on First Midwest Bank address in Gurnee, Illinois. Now, all of a sudden, now, let me back up. The argument has been, it's just a satellite office. There's nothing there. Well, they prepared a mortgage. They recorded the mortgage out of that office. They requested that that mortgage be returned to that office. You know, in their reply brief, First Midwest Bank raises the issue of set-out H&H investments versus, I think it's Kansako Finance Servicing, FKA Green Tree Servicing. The case is clearly distinguishable from the standpoint that that dealt with service of the take notice when the corporation did not have an office within the state of Illinois. At least, that's my reading of it. And the... Could your client have sent a notice to First Midwest Bank in Moline? Yes. I believe under the tax code, and under the Code of Civil Procedure, and interpreting H&H investments via Kansako, absolutely. They're doing business in Illinois. Any office within the state, also known as a residence within the state, they can serve them there. I think they have to have justification for it. Where did you get that address, Vista? Set out in two different places on the mortgage, on the assignment of rents? Same thing. The client didn't read the second paragraph, apparently. No, he did not.  I mean, that's clearly the address. I mean, isn't the thrust of the Civil Procedure? I know this isn't the Civil Procedure. Send it to the registered agent or to the principal office in the state? A corporate loan? In reviewing H&H, service on private corporations, private corporation may be served loan by living a copy of the process of the registered agent, which we have yet to hear anything about a registered agent for this bank. I'd like to point that out. Nowhere in the brief, nowhere in the trial court arguments, nowhere today have we heard that this bank even has a registered agent. Or any officer or agent of the corporation found anywhere in the state. That's under the total Civil Procedure, and that's very broad, I think. Well, an officer found. I mean, they're not talking about one of the hundreds of vice presidents that exist. I mean, they're talking about an officer of the corporation. Not a branch manager, right? Well, is a branch manager an agent? A branch manager might be an agent, but an officer clearly is who they're talking about here. I guess I interpreted that to mean an agent would be an employee of the bank. Well, how far do you go in that? I mean, how far does the authority extend for purposes of service? Does it take notice, or in this case, is something? Well, I think it extends to employees as far as two employees. So an employee of First Midwest Bank can be served. Two minutes. Now, I'm not suggesting that's what happened in this case. No, nor am I, but I just wondered where does that rateably stop? Yeah. Does it stop at janitors or? That's an employee. Of course. I'm going to take a broad interpretation of that statute. Go ahead. Oh, I'm sorry. Go ahead. No, no, no. Go ahead. There was a pastitutional. There was a mention in the trial court in his pleading of a pastitutional defects in the notice provisions. There was no Rule 19 compliance by the petitioner. We've been through this with Apex Tax, and the Supreme Court has done a thorough investigation and analysis of the notice requirements or the notice provisions of the tax code found that it was in compliance with the Constitution. It has not been mentioned today. I'm not going to dwell upon it. The last issue was the issue with regard to the transcript, and somehow that adds up to fraud. If you take the failure to allegedly serve the occupant and serving them at the wrong office, all of that amounts to fraud. And I have cited Viner v. Davenport Packing Company for the basic practice that courts of law, trial courts of law, do not require transcripts. And I can't say all of them. I can tell you I cover 90 counties in this state for tax purchasers, and I have yet to be confronted with a trial judge that says, I need you to testify, I need a transcript. What they have done is they've taken the affidavits and applications, they've reviewed it, they've questioned me sometimes about the notices, and then the orders are in it. Viner allows them to do that. In a default situation, the court can examine the affidavits and inter-orders directing issuance of tax deeds. And when the affidavits are not accurate, the court acts on them. I don't – that section of the affidavit, Mameloff is the name of the case, it was a Rule 23 decision out of this court. The identical same situation arose, and this court found that it was not fraudulent. But cause – again, my client's duty, and I think the taxpayer purchaser's duties, are to deliver the cake notices, postage fully prepaid, with addresses, to the sheriff's office. As a practical matter, Your Honor, the Kentucky County Sheriff never mails the returns back to my client. Most sheriffs don't, strangely enough, I have found. Those returns go to the court file, and I understand my client has a duty to know what is in that court file. My client only gets a bill. Well, that bill is obviously already been paid. He has to tend to the check when he tenders the cake notices. So it's actually a receipt showing that he has paid. Your time is up, counsel. Thank you. And so the court compares the notices that are filed with the allegations in the affidavit. In the affidavit, it says one occupant, and the judge would have found one notice. But there were two sides of that building. Well, it's a single-family home that's been cut into two. My client was issued one certificate, and if there was any occupants in there, it was just one side. The other side, according to the sheriff's return, was moved for rent or empty or for rent signing. I think it was empty for rent signing window. Thank you. Thank you, Mr. Marsland. And Mr. Sherman, any rebuttal? I know your honors are well read in the pleadings and the record, and we'll review that sheriff's return because there isn't a sheriff's return that says this side is taking and this side is not, or this side has a for rent and the other one doesn't. I think I'd like to address briefly in my rebuttal three points because you've identified all of the key points. You have zeroed in on the concerns that bring this matter – that brought this matter to the trial court and now bring it to this court. Limitations. I certainly don't think that this is the case in which the court is presented with an issue of having to limit, as counsel says, in such a broad way as counsel asks, the basis on which a 214.1 petitioner can come before the court to place into issue the questions under 2245.3 about fraud and deception. The matters pertaining to whether one or others were served, whether those services were defected, what was told to the court about that service, what was known but not expressed or explained to the court, all come as part of a package with regard to the fraud and deception issues that are bound up in the 214.1 petition as limited by 2245. If the legislature wanted to say only those persons who have that injury in fact, who were not served, can raise that issue, the legislature could do that. It hasn't. And I don't think that on the facts of this case, frankly I don't think it should be at all, but that's my point number one. Point number two, we are here because the court granted a motion to strike or dismiss under 2619. On the basis of a pleading that you have seen, on the basis of no additional allegations, affidavits, it may be that this trial court, after looking at everything, after an opportunity for the completion of discovery, takes up the matter on summary judgment and Mr. Mortland's arguments, again, are awarded by the court anyway. We don't know that. But on the 2619 motion that was filed, the well-pleaded allegations of my complaint, my 214.1 petition I believe were clear, I believe were relevant, I think the court has heard other matters that supplement and call into question whether or not there were issues presented to the trial court that are deserving of that review. And what about the issue? And I always have a hesitation, and I have to tell you, particularly in the appellate court, where I stand before your honors, and I have an opposing counsel who has obviously learned and experienced in these issues, and I may not have that same experience and that same level of knowledge, but I will tell you, as he told you, while he has many counties where he doesn't file a transcript, in Lake County and in Cook County and other counties I've practiced in, on the few times I have represented the task of petitioner, I have filed a transcript, and I've done it before the issuance of the deed, and made sure that that's done, and that I've ordered it, and so on. Is being out correct? I don't think so. I don't know. Will the court take up that matter on this case? I hope not. Because the legislature said, you shall file a transcript. There's a reason for that. The reason may be so that the court's public record, so that the importance of laying these types of matters, where property is dispossessed, where individuals in this type of environment are forced to be confronted with a loss of an important right, and others who are affected by the rights, maybe can get to that court and find out. So that maybe 1401 actions can be limited, because if there was a transcript, and all of this was presented to the court, maybe a counsel like me would have said to my client, you know what? They don't have these issues to the court. They explained to the court that while the Sheriff's Service return at least says 539, that they inquired further, and their own inspection showed there was nobody out the other side. But that issue is not a 2245 issue, is it? The 2245 issue being the fact that whether the report of the proceedings was found? Oh, no, no, no. That is definitely separate and apart from it. It is separate and apart from it. That would not justify you in granting 2141, really, solely on the basis of 2245. I do think it is useful. I think it is an important issue. We put it before the court below, and ask that as part of our pleading, that does that and the other issues do that. Thank you very much. I leave you with this thought. Not just the legislature, not just the Supreme Court in the Lowe case and in the other cases, not just the other appellate courts, but this court has said something important. This court has identified the fact in considering issues like the service issue of incorporation and the H&H case, what is a diligent inquiry? How does a party come before the court in an issue like the Tennessee proceeding act diligently? That inquiry is, the diligent inquiry to serve a party is that kind of a search or investigation which a diligent person's intent on ascertaining a fact would usually make. The diligent presentation of evidence, the diligent effort to advise a court properly of those matters that pertain to something as important as granting a tax deal. After that individual, that corporation has had the opportunity and the responsibility of following strictly in compliance with the property tax law. I think it is important. I will respect your decision either way you go. I thank you very much for the opportunity to present it. If you have any other questions before I sit, I will stand for those. May I have an indulgence? Please. I know it's late and my colleagues are hoping to eat. I will sit here. We are all troubled by our questions. I can tell my colleagues are also troubled with the issue of standing. I have a notice to the applicant. If we excise that allegation from your 214-01 petition. Where do I go? Do you believe there is a sufficient amortization process to support that petition? I think that there is, Your Honor. And where is it? I think that lies in several things. First of all, what did this taxee petitioner advise the court with regard to its effort to serve notice? Remember, I don't get the 22-5 notice. I don't get the notice of the tax assessee. I'm the bank. The only notice I get is the take notice that's served later. Did they make that effort? They stand before you now saying, well, this is what we see on the top of the mortgage. But did they have access to those documents? Did they review those documents? Did they see whether or not there was also an assignment of rents at the time that was issued with the same key address? Were they intent on serving notice to those parties who they believed that would come before the court to exercise their rights? They served others. Bank of America, who had a lien adjustment. Another small, I think it was a mechanics lien type of lien claim. And so on. What efforts did they make and what did they advise the court? And is it fraud? Fraud or deception? I think that there's enough there for the petition. Let me interrupt you. If they had served you and they had tasked the location. I think I've got it. Well, would you not be in a position to make the same argument that we asked to be served at the Grinning Valley? Oh, that's an interesting question. I don't think I could construct an argument that I was not properly served if served at my headquarters office. At the office where my residence, if you will. Are you asking us to find that they should have served you both places? No. Only the Grinning Valley? No, no, no. Either serve, as I believe the case law suggests and this hostile procedure suggests, at a location where an officer, where I'm doing business. I'm not doing banking business in Grinning Valley. And they know it. And it's not a contiguous product. But they know it. They can get us that address. Well, why does your mortgage give that address? A couple places. We have to tell the county reporter someplace. If that's the location where they make sure that all those documents are properly microfiched and sorted and contained for clerical purposes. Well, it keeps the record. It keeps the record of what's going on. We assume that the mortgage was issued there, right? I mean, the mortgage in Gurn. The document, I believe, was created in Grinning. I think that's where those computers generate the paperwork and it's sent out then to the title companies and so forth for signature and so on. I mean, that's not where the officers are located. Not where they're doing banking business in the sense of being available to the public for. . . That's where the arrangements are made about taking care of things like the taxes and stuff. I don't believe so. And again, that would be part of the facts that would have to be developed, both on the diligence issue and also with regard to the service issue. But we've not gotten there on any actual records alone. Thank you very much, Mr. Chairman. Thank you both. Thank you. Also an exciting argument, Mr. Martin. We shouldn't downplay these. . . These could be exciting cases. Thank you very much.